AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

PHILIP L. TUCKER,
    Plaintiff,

V.

BENTELER AUTOMOTIVE ALABAMA, INC.,
    Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:  3:07CV298 - A

### DEMAND FOR JURY

TO: (Name and address of Defendant)
BENTELER AUTOMOTIVE ALABAMA, INC.
THE CORPORATION COMPANY
2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LATEEFAH MUHAMMAD
ATTORNEY AT LAW, P.C.
POST OFFICE BOX 1096
TUSKEGEE INSTITUTE, ALABAMA 36087

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  4/11/07