**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Benteler Automotive Alabama Inc
The Corporation Company
2000 Interstate Pk Dr Ste 204
Montgomery AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X The Corporation Company
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

The Corporation Company

C. Date of Delivery
4/12/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☒ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number      7000 1530 0005 9797 3482
   (Transfer from service label)

102595-02-M-1540

PS Form 3811, August 2001        Domestic Return Receipt