IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PHILIP TUCKER,  )
    Plaintiff,  )
      )
v.  )  CASE NO.: 3:07cv298-A
      )
      )
BENTELER AUTOMOTIVE, INC.,  )
    Defendants.  )

### MOTION FOR DEFAULT JUDGMENT

The Court is requested to enter default against the Defendant, Benteler Automotive, Inc., in the above entitled action for failure to plead, answer or otherwise defend as set out in the affidavit hereto annexed.

        Respectfully submitted,

        _/s/ Lateefah Muhammad_
        Lateefah Muhammad (Ala. Code MUH001)
        ATTORNEY FOR PLAINTIFF

        Lateefah Muhammad, Attorney At Law, P.C.
        Post Office Box 1096
        Tuskegee Institute, Alabama 36087
        (334) 727-1997
        lateefahmuhammad@aol.com

**STATE OF ALABAMA** )

**MACON COUNTY** )

I, Lateefah Muhammad, being duly sworn, deposes and says:

1. That she is attorney of record of the Plaintiff, and has personal knowledge of the facts set forth in this Affidavit;

2. That the Defendant was duly served with a copy of the Summons, together with a copy of the Plaintiff's Complaint, on the 12th day of April, 2007;

3. That more than 30 days have elapsed since the date on which the said Defendant was served with Summons and a copy of the Complaint;

5. That the Defendant has failed to answer or otherwise defend as to the Plaintiff's Complaint, or serve a copy of any answer or other defense which it might have upon the undersigned attorney of record for the Plaintiff;

6. That this Affidavit is executed by Affiant herein in accordance with **Rule 55(a)** of the *Federal Rules of Civil Procedure*, for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendant, for his failure to answer or otherwise defend as to the Plaintiff's Complaint.

_____
Lateefah Muhammad, Affiant

2

**SWORN TO AND SUBSCRIBED BEFORE ME** this ___14th___ day of May, 2007.

_Mary H. Perry_
Notary Public

My Commission expires: 2/17/09

SEAL

3