IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILIP L. TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:07CV298-WHA |
| BENTELER AUTOMOTIVE ALABAMA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Comes now Lee E. Bains, Jr., of the Maynard, Cooper & Gale, P.C. law firm and enters his appearance as counsel for defendant, Benteler Automotive Alabama, Inc.

/s/ *Lee E. Bains, Jr.*
Lee E. Bains, Jr. (BAI005)
One of the Attorneys for Defendant, Benteler
Automotive Alabama, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

01499928.1

## CERTIFICATE OF SERVICE

    I hereby certify that on June 4, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lateefah Muhammad
Lateefah Muhammad, PC
P. O. Box 1096
Tuskegee, AL 36087-1096

                                          /s/ *Lee E. Bains, Jr.*_____
                                          OF COUNSEL

01499928.1