**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **PHILIP L. TUCKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **3:07CV298-WHA** |
| **BENTELER AUTOMOTIVE ALABAMA,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

Comes now Peter S. Fruin, of the Maynard, Cooper & Gale, P.C. law firm and enters his appearance as counsel for defendant, Benteler Automotive Alabama, Inc.

/s/ *Peter S. Fruin*_____
Peter S. Fruin (FRU002)
One of the Attorneys for Defendant, Benteler
Automotive Alabama, Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

01499901.1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Lateefah Muhammad
    Lateefah Muhammad, PC
    P. O. Box 1096
    Tuskegee, AL 36087-1096

                                      /s/ *Peter S. Fruin*_____
                                      OF COUNSEL