FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **PHILIP L. TUCKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:07-CV-298-WHA |
| ) | |
| **BENTELER AUTOMOTIVE** ) | |
| **ALABAMA, INC.,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S CORPORATE/CONFLICT DISCLOSURE STATEMENT

Defendant, Benteler Automotive Alabama, Inc. ("Defendant"), by its attorneys, pursuant to Federal Rule of Civil Procedure 7.1 and the Court's General Order (Misc. Case No. 00-3047), states that Defendant is a wholly-owned subsidiary of Benteler Automotive Corporation and that no publicly held corporation owns 10% or more of Defendant's stock.

Defendant further states that Benteler Automotive Corporation is a wholly-owned subsidiary of Benteler Automotive USA GmbH, which in turn is a wholly-owned subsidiary of Benteler Automotive International GmbH, which in turn is a wholly-owned subsidiary of Benteler Automobiltechnik GmbH, which in turn is a wholly-owned subsidiary of Benteler AG.

/s/ *Theodore P. Bell.*
Lee E. Bains, Jr. (BAI005)
Peter S. Fruin (FRU002)
Theodore P. Bell (BEL049)
Attorneys for Defendant, Benteler Automotive Alabama, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
(205) 254-1000

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2007, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lateefah Muhammad
Lateefah Muhammad, PC
P. O. Box 1096
Tuskegee, AL 36087-1096

                                              /s/ *Theodore P. Bell*_____
                                              OF COUNSEL