IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILIP L. TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 3:07-CV-298-WHA |
| | ) |
| BENTELER AUTOMOTIVE | ) |
| ALABAMA, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to Rule 83.1(b) of the Local Rules for the Middle District of Alabama, Benteler Automotive Alabama, Inc., (hereafter "Defendant") respectfully moves the Court for the admission *pro hac vice* of Jennifer L. Jordan and Keith E. Eastland to represent Defendant, as co-counsel with Maynard, Cooper & Gale, P.C. In support of this motion, Defendant states:

1.  Jennifer L. Jordan is an attorney with the law firm of Miller Johnson, 250 Monroe Avenue NW, Suite 800, P.O. Box 306, Grand Rapids, MI 49501-0306, (616)831-1778.

2.  Ms. Jordan is admitted into practice and in good standing before the bars of the Supreme Court of Michigan, the United States

Supreme Court, the U.S. Court of Appeals for the Sixth Circuit, and U.S. District Court for the Western District of Michigan.

3. The admission *pro hac vice* of Ms. Jordon in this action on behalf of the Defendant will greatly assist in the presentation of issues for adjudication by the Court. She is familiar with the relevant facts and circumstances involved in these proceedings and will be actively associated with Maynard, Cooper & Gale as co-counsel in this matter.

4. A copy of a Certificate of Good Standing from the United States District Court for the Western District of Michigan is attached to this Motion for Ms. Jordan.

5. Ms. Jordan has never been disciplined by any court and understands that her admission *pro hac vice* subjects her to the disciplinary jurisdiction of this Court.

6. The requisite fee for admission *pro hac vice* is being tendered to the Clerk of the Court concurrently with the filing of this motion.

7. Keith E. Eastland is an attorney with the law firm of Miller Johnson, 250 Monroe Avenue NW, Suite 800, P.O. Box 306, Grand Rapids, MI 49501-0306, (616)831-1749.

8. Mr. Eastland is admitted into practice and in good standing before the bars of the Supreme Court of Michigan, the United States

Supreme Court, the U.S. Court of Appeals for the Sixth Circuit, U.S. District Court for the Western District of Michigan, and the United States District Court for the Eastern District of Michigan.

9. The admission *pro hac vice* of Mr. Eastland in this action on behalf of the Defendant will greatly assist in the presentation of issues for adjudication by the Court. He is familiar with the relevant facts and circumstances involved in these proceedings and will be actively associated with Maynard, Cooper & Gale as co-counsel in this matter.

10. A copy of a Certificate of Good Standing from the United States District Court for the Western District of Michigan is attached to this Motion for Mr. Eastland.

11. Mr. Eastland has never been disciplined by any court and understands that his admission *pro hac vice* subjects him to the disciplinary jurisdiction of this Court.

12. The requisite fee for admission *pro hac vice* is being tendered to the Clerk of the Court concurrently with the filing of this motion.

**WHEREFORE,** Defendant respectfully requests that the Court admit Jennifer L. Jordan and Keith E. Eastland to the bar of this Court *pro hac vice*.

Respectfully submitted on this the 19th day of June, 2007.

/s/ *Theodore P. Bell*
Lee E. Bains, Jr. (BAI005)
Peter S. Fruin (FRU002)
Theodore P. Bell (BEL049)
Attorneys for defendant, Benteler
Automotive Alabama, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lateefah Muhammad
Lateefah Muhammad, PC
P. O. Box 1096
Tuskegee, AL 36087-1096

/s/ *Theodore P. Bell*
OF COUNSEL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **PHILIP L. TUCKER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    NO. 3:07-CV-298-WHA |
| | ) |
| **BENTELER AUTOMOTIVE ALABAMA, INC.,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

The Motion to admit Jennifer L. Jordan and Keith E. Eastland Pro Hac Vice of the purpose of representing Benteler Automotive Alabama, Inc., having come before this Court and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and Jennifer L. Jordan and Keith E. Eastland are admitted Pro Hac Vice to represent Benteler Automotive Alabama, Inc., in this action.

DONE this the _____ day of _____, 2007.

_____
Judge W. Harold Albritton, III

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg.<br>110 Michigan St., NW<br>Grand Rapids, MI 49503<br>(616) 456-2381 | B-35 Federal Bldg.<br>410 W. Michigan Ave.<br>Kalamazoo, MI 49007<br>(269) 337-5706 | 113 Federal Bldg.<br>315 W. Allegan St.<br>Lansing, MI 48933<br>(517) 377-1559 | 229 Federal Bldg.<br>202 W. Washington St.<br>Marquette, MI 49855<br>(906) 226-2021 |
|---|---|---|---|

# CERTIFICATE OF GOOD STANDING

I, Ronald C. Weston, Sr., Clerk of the United States District Court

for the Western District of Michigan, do hereby certify that

JENNIFER L. JORDAN

was duly admitted to practice in said Court on November 20, 1996,

and is in good standing as a member of the bar of said Court.

Ronald C. Weston, Sr., Clerk

Dated at Grand Rapids,
Michigan, on June 12, 2007

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg.<br>110 Michigan St., NW<br>Grand Rapids, MI 49503<br>(616) 456-2381 | B-35 Federal Bldg.<br>410 W. Michigan Ave.<br>Kalamazoo, MI 49007<br>(269) 337-5706 | 113 Federal Bldg.<br>315 W. Allegan St.<br>Lansing, MI 48933<br>(517) 377-1559 | 229 Federal Bldg.<br>202 W. Washington St.<br>Marquette, MI 49855<br>(906) 226-2021 |
|---|---|---|---|

# CERTIFICATE OF GOOD STANDING

I, Ronald C. Weston, Sr., Clerk of the United States District Court

for the Western District of Michigan, do hereby certify that

KEITH E. EASTLAND

was duly admitted to practice in said Court on October 31, 2005,

and is in good standing as a member of the bar of said Court.

Ronald C. Weston, Sr., Clerk

Dated at Grand Rapids,
Michigan, on June 12, 2007

By: /s/ Kathy Wright
Deputy Clerk