IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILIP L. TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv298-WHA |
| ) | |
| BENTELER AUTOMOTIVE ALABAMA, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #12), filed on behalf of Jennifer L. Jordan and Keith E. Eastland on June 19, 2007, and it appearing that Jennifer L. Jordan and Keith E. Eastland are members in good standing of the United States District Court for the Western District of Michigan, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 28th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE