IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP L. TUCKER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 03-07cv298-WHA-WC |
| | ) | |
| BENTELER AUTOMOTIVE | ) | |
|   ALABAMA, INC., | ) | |
|     Defendant. | ) | |

## AMENDED REPORT OF PARTIES' RULE 26 (F) MEETING

1.   **Meeting.**  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held telephonically on July 3, 2007, and was attended by Lateefah Muhammad for the Plaintiff, and Jennifer Jordan for the Defendant.

2.  **Pre-Discovery Disclosures**.  The Parties will exchange on or before August 3, 2007, the information required by local rule 26.1(a)(1).

3.  **Discovery Plan**.  The Parties jointly propose to the Court the following discovery plan:

Discovery will be needed with respect to the facts and circumstances of this case, the basis of the Plaintiffs' claims and damages, and with respect to the basis of the Defendant's defenses;

All discovery will be commenced in time to be completed by April 18, 2008;

A maximum of thirty (30) interrogatories by each Party to any other Party, and responses are due 30 days after service;

A maximum of twenty-five (25) requests for admissions by each Party to any other Party, and responses are due 30 days after service;

A maximum of seven (7) depositions by Plaintiffs and seven (7) by the Defendant;

Each deposition, other than the depositions of experts, is limited to a maximum of eight (8) hours, unless extended by agreement of the Parties;

Reports from retained experts under Rule 26(a)(2) are due from the Plaintiffs on or before January 11, 2008, and from the Defendant on or before February 15, 2008;

Supplementation under Rule 26(e) is due on or before March 7, 2008.

4. **Other Items.**

The Parties do not request a conference with the Court before entry of the Scheduling Order.

The Parties request a Pretrial Conference on June 6, 2008.

**CONTENTION** – Additional Parties, Claims and Defenses: The Plaintiff contends that the Plaintiff should be allowed until December 21, 2007, to join additional parties and amend the pleadings, with the Defendant allowed reasonable time set by the Court to respond.  The Defendant contends that the parties should be allowed until September 1, 2007, with a party having fourteen days (unless granted additional leave of Court) to respond to any amended pleadings.

All potentially dispositive motions should be filed by March 7, 2008.

Mediation should be scheduled no later than May 30, 2007.

Settlement cannot fully be evaluated prior to April 18, 2008, provided, however, that if discovery is complete prior to April 18, 2008, the Parties will advise the Court that settlement can be evaluated at an earlier, supplemental date.

The final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Parties by May 23, 2008.

Parties should have ten (10) days after service of final witness/exhibit lists to file

objections under Rule 26 (a)(3).

The case should be ready for trial by July 7, 2008, and at this time, it is expected to take

approximately 2-3 trial days.

DONE this ___3rd___ day of July, 2007.

Respectfully submitted,

_____s/Lateefah Muhammad_____
Lateefah Muhammad (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee Institute, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com

_____s/Jennifer L. Jordan_____
Jennifer L. Jordan
Keith E. Eastland
ATTORNEYS FOR DEFENDANT

MILLER JOHNSON
250 Monroe, N.W., Suite 800
Post Office Box 306
Grand Rapids, Michigan 49503
(616) 831-1700 telephone
(616) 988-1778 facsimile
JordanJ@millerjohnson.com
eastlandk@millerjohnson.com

Lee E. Bains, Jr.
Peter S. Fruin
ATTORNEYS FOR DEFENDANT

MAYNARD COOPER & GALE, P.C.
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1068 telephone
(205) 254-1999 facsimile
BAINSL@maynardcooper.com

fruinp@maynardcooper.com