**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **PHILIP TUCKER,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 3:07-cv-298-WHA-WC** |
| ) | |
| **BENTELER AUTOMOTIVE, INC.,** ) | |
|     **Defendants.** ) | |

**CONFLICT DISCLOSURE STATEMENT**

    The Plaintiff, Philip Tucker, in the above-captioned matter, and in accordance with the Order of this Court, hereby makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    This Party is an individual. This Party further certifies to this Court that there are no reportable relationships that could potentially pose a financial or professional conflict for a judge, particularly as it relates to this Party, the Plaintiff herein. The Plaintiff shall file a supplemental disclosure statement if, during the pendency of the case, any reportable entities develop.

    RESPECTFULLY SUBMITTED on this   10th   day of July, 2007.

                                        *s/Lateefah Muhammad*
                                        Lateefah Muhammad (*Ala. Code* MUH00l)
                                        ATTORNEY FOR PLAINTIFF

>Lateefah Muhammad, Attorney At Law, P.C.
>Post Office Box 1096
>Tuskegee Institute, Alabama 36087
>(334) 727-1997
>lateefahmuhammad@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on 10 July 2007, I electronically filed the foregoing Conflict Disclosure Statement to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer L. Jordan, Esquire, Keith E. Eastland, Esquire, Theodore P. Bell, Esquire, Lee E. Bains, Jr., Esquire and Peter S. Fruin, Esquire, attorneys for Defendant.

>*s/Lateefah Muhammad*
>Lateefah Muhammad