STATE OF ALABAMA
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PHILIP L. TUCKER,

    Plaintiff,

vs.

BENTELER AUTOMOTIVE
ALABAMA, INC.,

    Defendant.

Case No. 3:07-CV-298-WHA

HONORABLE W. Harold Albritton, III
U. S. District Court Judge

| | |
|---|---|
| LATEEFAH MUHAMMAD<br>LATEEFAH MUHAMMAD, P.C.<br>Attorneys for Plaintiff<br>PO Box 1096<br>Tuskegee, AL 36087-1096<br>Telephone: 334-727-1997 | JENNIFER L. JORDAN<br>KEITH E. EASTLAND<br>**MILLER JOHNSON**<br>Attorneys for Defendant<br>Miller Johnson<br>250 Monroe, N.W., Suite 800<br>Grand Rapids, MI 49503<br>(616) 831-1700<br><br>PETER S. FRUIN<br>LEE E. BAINS, JR.<br>**MAYNARD COOPER & GALE, PC**<br>Attorneys for Defendant<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203<br>Telephone: 205-254-1068 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I directed my secretary Janice Bork to mail by United States Postal Service a copy of Defendant's First Interrogatories and Requests for Production of Documents to the following individuals:

| | |
|---|---|
| LATEEFAH MUHAMMAD<br>LATEEFAH MUHAMMAD, P.C.<br>Attorneys for Plaintiff<br>PO Box 1096<br>Tuskegee, AL 36087-1096 | PETER S. FRUIN<br>LEE E. BAINS, JR.<br>**MAYNARD COOPER & GALE, PC**<br>Attorneys for Defendant<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203 |
| | MILLER JOHNSON<br>Attorneys for Defendant, Benteler Automotive Alabama, Inc. |
| Date:   July 11, 2007 | /s/ Jennifer L. Jordan<br>Jennifer L. Jordan, admitted *pro hac vice*<br>250 Monroe Ave. N.W., Suite 800<br>P.O. Box 306<br>Grand Rapids, MI  49501-0306<br>(616) 831-1700 |