STATE OF ALABAMA
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION


PHILIP L. TUCKER,

        Plaintiff,               Case No. 3:07-CV-298-WHA

vs.                          HONORABLE W. Harold Albritton, III
                             U. S. District Court Judge

BENTELER AUTOMOTIVE
ALABAMA, INC.,

        Defendant.

---

LATEEFAH MUHAMMAD
**LATEEFAH MUHAMMAD, P.C.**
Attorneys for Plaintiff
PO Box 1096
Tuskegee, AL 36087-1096
Telephone: 334-727-1997

JENNIFER L. JORDAN
KEITH E. EASTLAND
**MILLER JOHNSON**
Attorneys for Defendant
Miller Johnson
250 Monroe, N.W., Suite 800
Grand Rapids, MI 49503
(616) 831-1700

PETER S. FRUIN
LEE E. BAINS, JR.
**MAYNARD COOPER & GALE, PC**
Attorneys for Defendant
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Telephone:  205-254-1068

---

## JOINT STIPULATION TO AMEND SCHEDULING ORDER

Upon review of the Court's July 5, 2007 "Uniform Scheduling Order," the parties

have discovered an error in their "Amended Report of Parties' Rule 26(f) Meeting."  In that

pleading, the proposed discovery cutoff date was listed as April 18, 2008.  The parties have

agreed, however, that discovery should be completed by January 31, 2008. This date shortens

the discovery period and would allow dispositive motions to be filed after the close of discovery.

The parties, by their respective counsel, stipulate and respectfully request that the Court

make the following proposed amendments to the July 5, 2007 Scheduling Order:

1.    All discovery shall be completed on or before January 31, 2008.

2.    The parties' disclosure deadlines in Section 8 of the Court's Scheduling

Order should be adjusted accordingly.

Respectfully submitted this 19th day of July 2007.

MILLER JOHNSON
Attorneys for Defendant, Benteler Automotive
Alabama, Inc.


/s/ Jennifer L. Jordan

Date:   July 19, 2007    Jennifer L. Jordan, admitted *pro hac vice* (Mich. P55832)
250 Monroe Ave. N.W., Suite 800
P.O. Box 306
Grand Rapids, MI  49501-0306
(616) 831-1700

LATEEFAH MUHAMMAD P.C.
Attorney for Plaintiff, Philip L. Tucker


/s/ Lateefah Muhammad

Date:   July 19, 2007    Lateefah Muhammad (Ala. Code MUH001)
PO Box 1096
Tuskegee, AL  36087-1096.
(334) 727-1997

GR_DOCS 1205925v1

2