STATE OF ALABAMA
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PHILIP L. TUCKER,

    Plaintiff,

vs.

BENTELER AUTOMOTIVE ALABAMA, INC.,

    Defendant.

Case No. 3:07-CV-298-WHA

HONORABLE W. Harold Albritton, III
U. S. District Court Judge

---

LATEEFAH MUHAMMAD
**LATEEFAH MUHAMMAD, P.C.**
Attorneys for Plaintiff
PO Box 1096
Tuskegee, AL 36087-1096
Telephone: 334-727-1997

JENNIFER L. JORDAN
KEITH E. EASTLAND
**MILLER JOHNSON**
Attorneys for Defendant
Miller Johnson
250 Monroe, N.W., Suite 800
Grand Rapids, MI 49503
(616) 831-1700

PETER S. FRUIN
LEE E. BAINS, JR.
**MAYNARD COOPER & GALE, PC**
Attorneys for Defendant
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Telephone: 205-254-1068

---

### JOINT STIPULATION TO AMEND SCHEDULING ORDER

Upon review of the Court's July 5, 2007 "Uniform Scheduling Order," the parties have discovered an error in their "Amended Report of Parties' Rule 26(f) Meeting." In that pleading, the proposed discovery cutoff date was listed as April 18, 2008. The parties have

1

**MOTION GRANTED**
SO ORDERED
THIS ___ DAY OF _____, 20__
_____
UNITED STATES DISTRICT JUDGE

agreed, however, that discovery should be completed by January 31, 2008. This date shortens the discovery period and would allow dispositive motions to be filed after the close of discovery.

The parties, by their respective counsel, stipulate and respectfully request that the Court make the following proposed amendments to the July 5, 2007 Scheduling Order:

1. All discovery shall be completed on or before January 31, 2008.

2. The parties' disclosure deadlines in Section 8 of the Court's Scheduling Order should be adjusted accordingly.

Respectfully submitted this 19th day of July 2007.

                        MILLER JOHNSON
                        Attorneys for Defendant, Benteler Automotive
                        Alabama, Inc.

Date:  July 19, 2007        /s/ Jennifer L. Jordan
                        Jennifer L. Jordan, admitted *pro hac vice* (Mich. P55832)
                        250 Monroe Ave. N.W., Suite 800
                        P.O. Box 306
                        Grand Rapids, MI  49501-0306
                        (616) 831-1700

                        LATEEFAH MUHAMMAD P.C.
                        Attorney for Plaintiff, Philip L. Tucker

Date:  July 19, 2007        /s/ Lateefah Muhammad
                        Lateefah Muhammad (Ala. Code MUH001)
                        PO Box 1096
                        Tuskegee, AL  36087-1096.
                        (334) 727-1997

GR_DOCS 1205925v1