STATE OF ALABAMA
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PHILIP L. TUCKER,

    Plaintiff,

vs.

BENTELER AUTOMOTIVE ALABAMA, INC.,

    Defendant.

Case No. 3:07-CV-298-WHA

HONORABLE W. Harold Albritton, III
U. S. District Court Judge

---

LATEEFAH MUHAMMAD
**LATEEFAH MUHAMMAD, P.C.**
Attorneys for Plaintiff
PO Box 1096
Tuskegee, AL 36087-1096
Telephone: 334-727-1997

JENNIFER L. JORDAN
KEITH E. EASTLAND
**MILLER JOHNSON**
Attorneys for Defendant
Miller Johnson
250 Monroe, N.W., Suite 800
Grand Rapids, MI 49503
(616) 831-1700

PETER S. FRUIN
LEE E. BAINS, JR.
**MAYNARD COOPER & GALE, PC**
Attorneys for Defendant
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203
Telephone:  205-254-1068

---

### DEFENDANT'S STATEMENT REGARDING AMENDED REPORT OF PARTIES PLANNING MEETING

On August 18, 2007, the Court issued an order resetting trial in the above-captioned case for a term to commence June 23, 2008.  In that order, the Court gave the parties

until August 24, 2007 to file an Amended Report of the Parties' Planning Meeting requesting any specific deadline changes they wish to have made in the outstanding Uniform Scheduling Order.

Undersigned counsel for the Defendant has been unable to reach Plaintiff's counsel despite repeated attempts to discuss any such changes. Defendant requests that the Court move the deadlines in Section 8 of the Uniform Scheduling Order to expire before the close of discovery on January 31, 2008. Defendants propose changing the deadline for disclosing persons to present evidence who may be used at trial as follows:

From the Plaintiff, on or before **November 1, 2007.**

From the Defendant, on or before **December 4, 2007.**

Respectfully submitted this 24th day of August 2007.

|  |  |
|---|---|
|  | MILLER JOHNSON<br>Attorneys for Defendant, Benteler Automotive Alabama, Inc. |
| Date:   August 24, 2007 | /s/ Keith E. Eastland<br>Keith E. Eastland, admitted *pro hac vice* (Mich. P66392)<br>250 Monroe Ave. N.W., Suite 800<br>P.O. Box 306<br>Grand Rapids, MI  49501-0306<br>(616) 831-1700 |

GR_DOCS 1218192v1