IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PHILIP L. TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:07cv298-WHA |
| | ) | |
| BENTELER AUTOMOTIVE ALABAMA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER AMENDING SCHEDULING ORDER</u>**

On August 18, 2007, the court issued an order changing the trial date of this case to June 23, 2008, and giving the parties until August 24, 2007, to file an Amended Report of Parties Planning Meeting requesting any specific deadline changes to the outstanding scheduling order. The Defendant filed a response to that order on August 24, stating that repeated attempts to discuss the matter with Plaintiff's counsel had been unsuccessful. The Plaintiff has failed to file within the time allowed any request for deadline changes, and has filed no objection to the changes requested by the Defendant. Accordingly, the court grants the changes requested by the Defendant, and it is hereby ORDERED as follows:

Section 8 of the Uniform Scheduling Order is AMENDED to change the disclosure deadline for the Plaintiff to November 1, 2007, and the disclosure deadline for the Defendant to December 4, 2007.

Counsel for the Plaintiff is cautioned to be responsive to contacts from opposing counsel, as well as to orders of the court.

DONE this 29th day of August, 2007.


                                          /s/ W. Harold Albritton            
                                        W. HAROLD ALBRITTON
                                        SENIOR UNITED STATES DISTRICT JUDGE