### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **PHILIP L. TUCKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 3:07-cv-298-WHA** |
| | ) | |
| **BENTELER AUTOMOTIVE** | ) | |
| **ALABAMA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S REPONSE TO ORDER AMENDING SCHEDULING ORDER

The Plaintiff, by and through his attorney of record, respectfully files this Plaintiff's Response to Order Amending Scheduling Order in the above-styled cause. The Plaintiff respectfully submits to this Honorable Court that the undersigned attorney has been on medical leave for over a week and could not respond to the Court's Order issued on 16 August 2007, within the time required on 24 August 2007, due to her medical condition. In addition, Counsel for the Parties conferred today regarding the Court's Order Amending Scheduling Order and agreed to further confer early next week once the undersigned attorney has returned to work and has an opportunity to fully review the matter.

Further, Counsel for the Parties discussed that if there is a need to file an amended request, a motion in that regard will be further discussed and considered.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will take judicial notice that the undersigned attorney did not intend any manner of disrespect or neglect by not timely responding to the Court's Order of 16 August 2007, or to the opposing counsel's contacts prior to this date. The undersigned

attorney instead was unable to do so, due to her illness.

Respectfully submitted,

_____*s/Lateefah Muhammad*_____
Lateefah Muhammad (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone/facsimile
lateefahmuhammad@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on 30 August 2007, I electronically filed a copy of the foregoing Plaintiff's Response to Order Amending Scheduling Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Keith E. Eastland, Esquire, for the Defendant, and the other attorneys for the Defendant in the above case.

_____*s/Lateefah Muhammad*_____
Lateefah Muhammad