STATE OF ALABAMA
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PHILIP L. TUCKER,

        Plaintiff,

vs.

BENTELER AUTOMOTIVE
ALABAMA, INC.,

        Defendant.

Case No. 3:07-CV-298-WHA

HONORABLE W. Harold Albritton, III
U. S. District Court Judge

## JOINT STIPULATION TO STAY PROCEEDINGS FOR 90 DAYS

The parties, by and through their counsel of record, state and agree as follows:

1. On October 2, 2007 the Plaintiff, a current employee of Defendant, Benteler Automotive Alabama, Inc., ("Benteler") filed a second Charge of Discrimination against Benteler with the Equal Employment Opportunity Commission (EEOC).

2. Plaintiff's first such EEOC Charge, dated on or about September 7, 2006 resulted in a January 9, 2007 Right to Sue letter and forms the basis for this pending federal lawsuit.

3. The parties are currently exploring the possibility of a voluntary resolution of all Plaintiff's claims, including those pending before the EEOC, as well as the litigation before this Court.

4. The parties have been in communication with each other regarding potential settlement. They have also been in contact with the EEOC regarding the possible use

1

of the EEOC's mediation process to assist in reaching an amicable resolution of all pending claims.

5. While the parties explore the possibility of an amicable resolution of all claims, they respectfully request that this Court stay the pending proceedings for a period of ninety (90) days and that this case be taken off the Court's June 23, 2008 trial docket.

6. The parties agree to notify the Court promptly if settlement is reached during the stay period.

7. If resolution is not reached, the parties agree to submit an amended report under Fed. R. Civ. P. 26(f) with proposed dates for an amended Uniform Scheduling Order, on or before the end of the 90-day stay period.

8. In the event that this matter does not resolve during the stay, the parties agree that judicial efficiency would be enhanced if the claims contained in Plaintiff's October 2, 2007 Charge of Discrimination were incorporated into this litigation, and agree to take all necessary steps to effectuate the same.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted this 4th day of December, 2007.

LATEEFAH MUHAMMAD, ATTORNEY AT LAW, P.C.
Attorney for Plaintiff, Philip L. Tucker

Date:  December 4, 2007

Lateefah Muhammad (Ala. Code MUH001)
Post Office Box 1096
Tuskegee, Alabama 36087-1096
(334) 727-1997 telephone/facsimile
lateefahmuhammad@aol.com


MILLER JOHNSON
Attorneys for Defendant, Benteler Automotive Alabama, Inc.

Date:  December 4, 2007

Jennifer L. Jordan, admitted *pro hac vice* (Mich. P55832)
250 Monroe Ave. N.W., Suite 800
Post Office Box 306
Grand Rapids, Michigan  49501-0306
(616) 831-1700 telephone
(616) 988-1778 facsimile
JordanJ@millerjohnson.com