IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILIP L. TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv298-WHA |
| | ) |
| BENTELER AUTOMOTIVE ALABAMA, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case is before the court on the Joint Stipulation to Stay Proceedings for 90 Days (Doc. #28), filed by the parties on December 4, 2007, which the court construes to be a Motion to Stay Proceedings.

For good cause shown, the motion is GRANTED, and it is hereby ORDERED as follows:

1. All proceedings in this case are STAYED **until March 4, 2008**.

2. Trial of this case is CONTINUED from the term of court commencing June 23, 2008, to the term of court commencing November 17, 2008, in Opelika, Alabama. The presently-scheduled pretrial hearing is CONTINUED from May 30, 2008, to October 24, 2008, at a time and place to be set by later order.

3. If this case has not been settled and a joint stipulation for dismissal filed **by March 4, 2008**, the parties shall file **no later than that date** an Amended Report of Parties Planning Meeting requesting new deadlines consistent with the new pretrial and trial dates.

DONE this 5th day of December, 2007.

_____
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE