STATE OF ALABAMA
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PHILIP L. TUCKER,

    Plaintiff,

vs.

BENTELER AUTOMOTIVE
ALABAMA, INC.,

    Defendant.

Case No. 3:07-CV-298-WHA

HONORABLE W. Harold Albritton, III
U. S. District Court Judge

---

| | |
|---|---|
| LATEEFAH MUHAMMAD<br>LATEEFAH MUHAMMAD, P.C.<br>Attorneys for Plaintiff<br>PO Box 1096<br>Tuskegee, AL 36087-1096<br>Telephone: 334-727-1997 | JENNIFER L. JORDAN<br>KEITH E. EASTLAND<br>**MILLER JOHNSON**<br>Attorneys for Defendant<br>Miller Johnson<br>250 Monroe, N.W., Suite 800<br>Grand Rapids, MI 49503<br>(616) 831-1700<br><br>PETER S. FRUIN<br>LEE E. BAINS, JR.<br>**MAYNARD COOPER & GALE, PC**<br>Attorneys for Defendant<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203<br>Telephone: 205-254-1068 |

---

## PROOF OF MAILING

    I hereby certify that on December 6 2007, I directed my secretary, Janice Bork, to send by United States mail and facsimile a copy of Defendant's Offer of Judgment upon the following:

LATEEFAH MUHAMMAD
LATEEFAH MUHAMMAD, P.C.
Attorneys for Plaintiff
PO Box 1096
Tuskegee, AL 36087-1096

        MILLER JOHNSON
        Attorneys for Defendant, Benteler Automotive Alabama, Inc.

Date:   December 6, 2007

        /s/ Jennifer L. Jordan
        Jennifer L. Jordan, admitted *pro hac vice*
        250 Monroe Ave. N.W., Suite 800
        P.O. Box 306
        Grand Rapids, MI  49501-0306
        (616) 831-1700

GR_DOCS 1254326v1