IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILIP TUCKER,            ) | |
|     Plaintiff,        ) | |
| ) | |
| v.        ) | CIVIL ACTION NO.: 03-07cv298-A |
| ) | |
| BENTELER AUTOMOTIVE, INC.,    ) | |
|     Defendants.        ) | |

### PLAINTIFF'S CONTRIBUTION TO PARTIES' AMENDED RULE 26(f) REPORT

The Plaintiff, by and through his attorney of record, files this Plaintiff's Contribution to the Parties' Amended Rule 26(f) Report. The Plaintiff concurs with the Defendant that they were unable to resolve their dispute in this matter. It appears to the Plaintiff that the Defendant had no serious intention to resolve the issues between the Parties.

In addition, the Defendant proceeded to respond to the Plaintiff's subsequent charge of discrimination as submitted to the Equal Employment Opportunity Commission ("Commission") with a response to the Commission without the Plaintiff's knowledge. This occurred during the same period in which the Parties had stipulated to make efforts to resolve the case. The Plaintiff, in turn, was required to prepare and submit a reply to the Defendant's response to the Commission in the interest of shedding more light on the subsequent charge and with the hope of resolving the dispute. Unfortunately, the Court's deadline was fast-approaching before we could do so. The Plaintiff offered to have the Court consider extending the deadline; however, the Defendant chose not to even address the possibility of an extension. Thus, the Plaintiff could only conclude that there is seemingly a lack of serious intention to settle this case at this juncture.

With the above stated, the Plaintiff does not object to the Court issuing an Amended Scheduling Order in this matter, however, the Plaintiff requests that this Honorable Court

consider the attached proposed Amended Rule 26(f) Report ("Report") as prepared and offered to the Defendant for consideration on 28 February 2008 (*see attached* **Exhibit A**). Upon the Defendant's objection regarding Item Letter A. of the proposed Report (which is substantially the only contention between the Parties regarding the proposed Amended Report), the Plaintiff proposed to submit the proposed Amended Report with that objection as a contention, and to allow the Court to decide the matter. That is still the Plaintiff's position.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Honorable Court will decide the matter and issue an appropriate Amended Scheduling Order.

Respectfully submitted,


    *s/Lateefah Muhammad*
Lateefah Muhammad  (*Ala. Code* MUH001)
ATTORNEY FOR PLAINTIFF

Lateefah Muhammad, Attorney At Law, P.C.
Post Office Box 1096
Tuskegee, Alabama 36087
(334) 727-1997 telephone and facsimile
lateefahmuhammad@aol.com


### CERTIFICATE OF SERVICE

I hereby certify that on 4 March 2008, I electronically filed the foregoing Plaintiff's Contribution to Parties' Amended Rule 26(f) Report to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer L. Jordan, attorney for Defendant.

    *s/Lateefah Muhammad*
Lateefah Muhammad

# EXHIBIT A

STATE OF ALABAMA
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PHILIP L. TUCKER,

      Plaintiff,                              Case No. 3:07-CV-298-WHA

v.                                             HONORABLE W. Harold Albritton, III
                                                  U. S. District Court Judge

BENTELER AUTOMOTIVE
ALABAMA, INC.,

      Defendant.
_____

**THE PARTIES' AMENDED RULE 26(f) REPORT**

Pursuant to this Court's Order of December 5, 2007, and Fed. R. Civ. P. 26(f), the Parties' Amend their Rule 26(f) Report as follows:

    1.    <u>Discovery Plan</u>.  The Parties propose to the Court the following amended discovery plan:

        A.    Plaintiff, upon receipt of a "Right to Sue" letter from the Equal Employment Opportunity Commission with respect to his October 2, 2007 EEOC Charge, shall be given 30 days following the receipt of that "Right to Sue" notice to amend his Complaint to incorporate the allegations contained in his October 2, 2007 Charge.  The Defendant shall have another 30 days in which to respond to any amended Complaint filed by Plaintiff.

        B.    Discovery will be needed on the following subjects:

            i.  The allegations in the Amended Complaint; and/or

            ii.  The allegations in Plaintiff's Charge dated October 2, 2007; and

            iii.  The allegations in Defendant's Answer and Amended Defenses, as they may be further amended to respond to Plaintiff's Amended Complaint.

      C.      The Parties propose that all discovery be commenced in time to be completed no later than seven months after Plaintiff files his Amended Complaint.

      D.      The Parties propose that supplemental initial disclosures under Rule 26(a)(1) shall be made by both Parties no later than 30 days after Defendant files its Answer to Plaintiff's Amended Complaint.

      C.      The Parties propose that Plaintiff shall disclose his lay and expert witnesses no later than 30 days after Defendant files its Answer to Plaintiff's Amended Complaint.  Defendant shall disclose its lay and expert witnesses no later than 60 days after it files its Answer to Plaintiff's Amended Complaint.

      D.      Reports from retained experts, if any, under Rule 26(a)(2) should be due:

          i.      By the Plaintiffs, 90 days before trial;

          ii.     By Defendant, 35 days after Plaintiffs' disclosures.

2.      <u>Other Items</u>.

      A.      The Parties propose that all dispositive motions be filed no fewer than 30 days following the close of discovery.

      B.      The Parties propose that final lists of witnesses and exhibits under Rule 26(a)(3) should be due 30 days prior to trial.

      C.      The Parties propose that each should have 14 days after service of final lists of witnesses and exhibits to make objections under Rule 26(a)(3).

      D.      The Parties anticipate that the trial of this matter will take approximately five (5) days.

      D.      All other provisions of this Court's Uniform Scheduling Order, entered July 5, 2007, as amended on July 20, 2007 and on August 29, 2007, not affected by this Amended Report shall remain in full force and effect.

    Respectfully submitted this ___ day of _____, 2008.

                                     LATEEFAH MUHAMMAD, ATTORNEY AT LAW, P.C.
                                     Attorney for Plaintiff, Philip L. Tucker

                                   ___*s/Lateefah Muhammad*_____
Date:   __28 February  2008__    Lateefah Muhammad (Ala. Code MUH001)
                                   Post Office Box 1096
                                   Tuskegee, Alabama 36087-1096
                                   (334) 727-1997 telephone/facsimile
                                   lateefahmuhammad@aol.com


                                   MILLER JOHNSON
                                   Attorneys for Defendant, Benteler Automotive
                                   Alabama, Inc.


Date:   _____, 2008        Jennifer L. Jordan, admitted *pro hac vice*
                                   Michigan Code P55832
                                   250 Monroe Ave. N.W., Suite 800
                                   Post Office Box 306
                                   Grand Rapids, Michigan  49501-0306
                                   (616) 831-1700
                                   jordanj@millerjohnson.com