IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILIP L. TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv298-WHA |
| | ) |
| BENTELER AUTOMOTIVE ALABAMA, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the current status of this case, it is hereby ORDERED as follows:

1. This case is set for a telephonic status conference on Tuesday, April 8, 2008, at 10:00 a.m. The purpose of this conference is to discuss with counsel their apparent inability to agree on matters without intervention of the court, together with continued allegations by Defendant's counsel of inability to contact Plaintiff's counsel after repeated efforts in an attempt to resolve matters agreeably.

2. Plaintiff's counsel is DIRECTED to initiate this conference call to the court in chambers at (334) 954-3710 and to make arrangements to have Defendant's counsel on the line at the time the call is placed to the court.

DONE this 2nd day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE