IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PHILIP L. TUCKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:07cv298-WHA |
| | ) |
| BENTELER AUTOMOTIVE ALABAMA, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon review of the Amended Complaint (Doc. #35), filed by the Plaintiff on June 2, 2008, the court finds that it does not comply with the requirements of M.D. Ala. LR 15.1. Therefore, it is hereby

ORDERED that the Amended Complaint (Doc. #35) is STRICKEN, and Plaintiff is given **until June 6, 2008**, to file an Amended Complaint in a form that complies with this court's Local Rule 15.1.

DONE this 3rd day of June, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE